B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Liberty Entertainment, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4695790** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1880 Century Park East**<br>**Suite 1600**<br>**Los Angeles, CA**                ZIP Code **90067** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                          **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Liberty Entertainment, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Toni Braxton** | Case Number: | Date Filed:<br>concurrently |
|---|---|---|
| District:<br>**Central District, California** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Liberty Entertainment, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Debra I. Grassgreen CA Bar No. 169978**
Printed Name of Attorney for Debtor(s)

**Pachulski Stang Ziehl & Jones LLP**
Firm Name

**150 California Street**
**15th Floor**
**San Francisco, CA 94111**
Address

**415-263-7000  Fax: 415-263-7010**
Telephone Number

09/30/10                          **169978**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Toni Braxton**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

09/30/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Debra I. Grassgreen CA Bar No.**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**150 California Street**<br>**15th Floor**<br>**San Francisco, CA 94111**<br>**415-263-7000 Fax: 415-263-7010**<br>**169978**<br>☒ *Attorney for:* Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>    **Liberty Entertainment, Inc.**<br><div align="right">Debtor(s).</div> | CASE NO.:<br>CHAPTER: **7**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed:    09/30/10 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                    09/30/10
*Signature of Authorized Signatory of Filing Party*          Date

**Toni Braxton**
*Printed Name of Authorized Signatory of Filing Party*

Chief Executive Officer
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                    09/30/10
*Signature of Attorney for Filing Party*          Date

**Debra I. Grassgreen CA Bar No. 169978**
*Printed Name of Attorney for Filing Party*

---

<div align="center">This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.</div>

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                 Best Case Bankruptcy

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## LIBERTY ENTERTAINMENT, INC.

**WHEREAS,** the board of directors (the "Board") has determined that it is in the best interests of Liberty Entertainment, Inc. (the "Company"), its creditors and other interested parties that the Company commence a Chapter 7 case by filing a voluntary petition under the provisions of Chapter 7 of Title 11, United States Code (the "Bankruptcy Code");

**IT IS HEREBY RESOLVED,** that in connection with this resolution, Toni Braxton be, and she hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the appropriate United States Bankruptcy Court (the "Bankruptcy Court") at such time as said authorized director executing the same shall determine; and

**FURTHER RESOLVED,** that Toni Braxton, or the appropriate officers of the Company be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that any of the authorized directors or officer may deem necessary, proper, or desirable in connection with the Chapter 7 case; and

**FURTHER RESOLVED,** that the appropriate officers of the Company be, and they hereby are, authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further documents and instruments, and to pay such fees and expenses, all as such officers deem necessary or appropriate in order to fully carry out the intent and accomplish the purposes of these resolutions.

**FURTHER RESOLVED,** that all actions taken by the officers of the Company prior to the date hereof in connection with the possible reorganization and/or liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

Dated:    09/30/10

_____
Toni Braxton
Director

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Debra I. Grassgreen CA Bar No.** 169978<br>**150 California Street**<br>**15th Floor**<br>**San Francisco, CA 94111**<br>**415-263-7000 Fax: 415-263-7010**<br>California State Bar Number: **169978**<br><br>*Attorney for Debtor* | |

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | | |
| In re:<br><br>     **Liberty Entertainment, Inc.**<br><br>                                      Debtor(s), | CASE NO.:<br>ADV. NO.:<br>CHAPTER:    **7** | |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  __Toni Braxton_____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a.     ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Toni Braxton

c/o Gelfand Rennert & Feldman, LLP

1880 Century Park East, Suite 1600

Los Angeles, CA 90067

*[For additional names, attach an addendum to this form.]*

b.       ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          09/30/10
Signature of Attorney or Declarant              Date

**Toni Braxton**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **Toni M. Braxton - Case No. 98-12646-ES, Central District, California**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Atlanta, Georgia___ , ~~California~~

Dated ___09/30/10___

**Toni Braxton, Chief Executive Officer**
*Debtor*

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Debra I. Grassgreen CA Bar No. 169978**

Address   **150 California Street 15th Floor San Francisco, CA 94111**

Telephone   **415-263-7000 Fax: 415-263-7010**

■ Attorney for Debtor(s)
□ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Liberty Entertainment, Inc.** | Case No.: |
| | Chapter:      **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __55__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   09/30/10

**Toni Braxton/Chief Executive Officer**
Signer/Title

Date:   09/30/10

Signature of Attorney
**Debra I. Grassgreen CA Bar No. 169978**
**Pachulski Stang Ziehl & Jones LLP**
**150 California Street**
**15th Floor**
**San Francisco, CA 94111**
**415-263-7000   Fax: 415-263-7010**

Liberty Entertainment, Inc.
1880 Century Park East
Suite 1600
Los Angeles, CA 90067


Debra I. Grassgreen CA Bar No. 169978
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111


Office of the United States Trustee
21051 Burbank Blvd
Suite 115
Los Angeles, CA 90067

2020 Inc
3060 Peachtree Road NW
Suite 1420
Atlanta, GA 30305


A-1 Freeman Moving Group, Inc.
PO Box 99963
Oklahoma City, OK 73199


Accredited Pool Service
PO Box 777181
Henderson, NV 89077


Accurate Stagin
1820 West 135yh Street
Gardena, CA 90249


Actors' Eqity Association
PO Box 19548A
Newark, NJ 07195-0548


Adell O'Bryant
1130 S. cCtrus Avenue
Apt E
Los Angeles, CA 90019


Adilian Barnes
pO Box 94
N. Hollywood, CA 91603


ADR Services
1900 Avenue of the Stars
Suite 250
Los Angeles, CA 90019

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485


Advanced Pro Remediation
596 MCLeod Dr.
Las Vegas, NV 89102


AFNI, Inc.
404 Brock Drive
PO Box 3517
Bloomington, IL 61702-3517


AFTRA
PO Box 21049
New York, NY 10286-2049


AFTRA Health Fund Premium
PO Box 13680
Newark, NJ 07188-3680


AICCO Inc.
Department 7615
Los Angeles, CA 90084-7615


Airport Concierge Services
PO Box 79313
Atlanta, GA 30357


Airtouch Cellular
PO Box 79005
City of Industry, CA 91716-9005

All Access Coach Leasing, LLC
898-6 N. Water Avenue
Gallatin, TN 37006

All Access Inc.
1320 Storm Parkway
Torrance, CA 90501

All Access Transportaiton Service, Inc.
163 Amsterdam Ave. #249
New York, NY 10023

Allan Starks
5529 Irving Avenue South
Minneapolis, MN 55419

Allen Hong
73-1372
Kailua Kona, HI 96740-9347

Allied Model Trains
4411 S. Sepulveda Blvd.
Ciulver City, CA 90230

Allied Waste Services
PO Box 9001099
Louisville, KY 40290-1099

America Online
PO Box 30623
Tampa, FL 33630-0623

American Bankers Ins. Co. of FL
PO Box 29861
Dept. ABIC -10111
Phoenix, AZ 85038-9861


American Express
Box 0001
Los Angeles, CA 90096-0001


American Travel Marketing
9200 Sunset Blvd. #500B
Los Angeles, CA 90069


Andrew Johnson
c/o Executive Sercuity Services
128 Century Park Place
Peachtree City, GA 30269


Andrew Logan 322 S. Las Plamas Avenue
Los Angeles, CA 90020


Angela Tripp
750 Riata Way
Las Vegas, NV 89110


Antavius M. Weems
PO Box 50488
Atlanta, GA 30302


Anthony Ciulla
55 West End Avenue #8F
New York, NY 10023

Anthony Franco
912 Hyperion Avenue
Los Angeles, CA 90029


Antionio Jones
4633 malone Court
Raleight, NC 27616


Ari Halbert
2442 Ashbourne Rd.
Wyncote, PA 19095


Ariadne Villarreal
20 West 88th Street
Garden Flat
New Yhok, NY 10024


Ascot, Inc.
2697 Lavery Court, Unit 21
Newbury Oark, CA 91320


At Your Service Home Serivces
35 E. Horizon Ridge
Suite 110 PMB 112
Hendereson, NV 89002


AT&T
PO Box 105503
Atlanta, GA 30348-5503


AT&T
PO Box 8212
Aurora, IL 60572-8212

AT&T
PO Box 27-820
Kansas City, MO 64814-0820

AT&T
PO Box 78158
Phoenix, AZ 85062-8158

AT&T
Payment Center
Sacramento, CA 95887-0001

AT&T
PO Box 30199
Tampa, FL 33630-3199

AT&T
PO Box 10103
Van Nuys, CA 91410-0103

AT&T
PO Box 78255
Phoenix, AZ 85062-8225

AT&T Mobility
PO Box 537104
Atlanta, GA 30353-7104

AT&T Mobility
PO Box 539641
Atlanta, GA 30353-8641

AT&T Mobility
PO Box 60017
Los Angeles, CA 90060-0017

AT&T Wireless Services
Po Box 8220
Aurora, IL 60572-8220

AT&T Wireless Services
PO Box 51471
Los Angeles, CA 90051-5771

Atlantic Records
1290 AVenue of the Americas
27th Floor
Attn: Brian St. John
New York, NY 10104

Atlantic Records
1290 Ave. of the Americas
27th Flr
Attn Brian St. John
New York, NY 10104

Backstage Dance Studio
3425 Backstage Blvd.
Las Vegas, NV 89121

Beagy Zielinski
6515 Blvd. East #5F
West New York, NJ 07093

Beckley Singleton
Attorneys at Law
530 las Vegas Blvd.
South Las Vegas, NV 89101

```
Bellsouth
PO Box 105503
Atlanta, GA 30348-5503


Bellsouth
85 Annex
Atlanta, GA 30385-0001


Bentley Financial Services
PO Box 60144
City of Industry, CA 91716-014


Blackground Enterprises, Inc.
c/o Barry Hankerson
14724 Ventura Blvd #440
Sherman Oaks, CA 91403


Blacktrack Entertainment, Inc.
23679 Calabasas Road #547
Calabasas, CA 91302


BLH Management Co
c/o Provident Financial Management
10345 West Olypic Blvd.
Los Angeles, CA 90064


BLS Limousine Service of New York Inc.
18-20 Steinway Street
Astoria, NY 11105


Blue Cross Blue Shield of CA
PO Box 105789
Atlanta, GA 30348-5789
```

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103


Boaz Watson
9497 Haddington Ct.
Cincinnati, OH 42521


Bob Kretschmer, Inc.
531 Suncourt Terrace
Glendale, CA 91206


Bob Kretschmer, Inc.
531 Suncourt Ter.
Glendale, CA 91206


Brad Harper
223 Marathon Road
Altadena, CA 91001


Bragman Nyman Cafarelli, LLC
8687 Melrose Avenue 8th Fl.
Los Angeles, CA 90069


Brandon Coleman
2968 S. Robertson Blvd.
Los Angeles, CA 90034


Breast Care Specialists
975 Johnson Ferry Rd. Ste 500
Atlanta, GA 30342

Brian Lichtenberg
825 1/2 Silver Lake Blvd.
Los Angeles, CA 90026


Brian Wong
18630 Burbank Blvd #103
Tarzana, CA 91356


Bulldog Movers, Inc.
6400-I Highlands Parkway
Smyrna, GA 30082


Callway Security Systems, Inc.
PO Box 263
Alpharetta, GA 30009


Cardiovascular Consultants of Nevada
2300 Corporate Circle Dr. #100
Henderson, NV 89074


Carla Duren
5907 Boulevard E Apt E5
West New York, NJ 07093


Carla Harrison
4003 Beverly Glen Blvd.
Sherman Oaks, CA 91423


Catherine's Heart
c/o Platinum Financial
9200 Sunset Blvd. #600
Los Angeles, CA 90069

Cedars Sinai Imaging Med Group PC
PO Box 4313
Woodland Hills, CA 91365


Cedars Sinai Medical Center
File 1050
1801 W. Olympic Blvd.
Pasadena, CA 91199-1050


Cedars Sinai Physician Billing
PO Box 512717
Los Angeles, CA 90051


Centerstaging Musical Prod., Inc.
3407 Winona Ave.
Burbank, CA 91504


Centurylink
PO Box 660068
Dallas, TX 75266-0068


Chalice Recording
845 N. Highland Ave.
Los Angeles, CA 90038


Chan Gaines
PO Box 67843
Los Angeles, CA 90067


Chante' Moore Entertainment
PO Box 1080
Simi Valley, CA 93062

Chase Cardmember Service
PO Box 94014
Palatine, IL 60094-4014

Chase Home Finance
PO Box 78420
Phoenix, AZ 85062-8420

Child Like Productions
7416 Melba Ave.
West Hills, CA 91304

Chubb Group of Insurance Companies
PO Box 7247-0180
Philadelphia, PA 19170-0180

Chubb Group of Insurance Companies
c/o WNC First Insurance Services
Po Box 3362
South Pasadena, CA 91030-6362

Cingular
PO Box 60017
Los Angeles, CA 90060-0017

Cingular Wireless
Po Box 17542
Baltimore, MD 21297-1542

City National Bank
City National Corporation
City National Plaza
555 South Flower Street
Los Angeles, CA 90071

City National Bank
Credit Card Processing Center
PO Box 3052
Milwaukee, WI 53201-3052


City National Bank
Payment Processing
Milwaukee, WI 53288-0200


City National Bank
Diane Wemple Baxa
Vice President & Senior Counsel
555 South Flower Street 18th Flr
Los Angeles, CA 90071


City of Henderson
Utility Services
PO Box 95011
Henderson, NV 89009-5011


City of Henderson
PO Box 52767
Phoenix, AZ 85072-2767


City of Los Angeles
Parking Violations Bureau
Po Box 30420
Los Angeles, CA 90030-0420


City of Los Angeles
Municipal Services
PO Box 30808
Los Angeles, CA 90030-0808


City Treasurer
City Hall, 1st Floor
414 E. 12th Street
Kansas City, MO 64106

Claremont Resort and Spa
41 Tunnel Road
Berkeley, CA 94705


Clarence White
5640 Wandering Vine Lane
Mableton, GA 30126


Clark County Treasurer
500 S. Grand Central Pkwy
1st Floor
PO Box 551220
Las Vegas, NV 89155-1220


Clear Talent Group
10950 Ventura Blvd.
Studio City, CA 91604


Cole Walliser
5025 Coldwater Cyn Ave. Apt 12
Sherman Oaks, CA 91423


Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411


Confetti Entertainment, Inc.
347 Phildelphia Ave.
Egg Harabor City, NJ 08215


Cox Communications, Inc.
Po Box 79175
Phoenix, AZ 85062-9175

Cynthia Alvarez
51 Clifton Ave. C414
Newark, NJ 07104


Cynthia P. Romo
10626 Valley Spring Lane #103
Toluca Lake, CA 91602


Dale Carriveau
4050 Latona Avenue NE
Seattle, WA 98105


Dammo Enterprieses, Inc.
Po Box 428487
Evergreen Park, IL 60805


Dania Miller
3309 Merlot Court
Lawrenceville, GA 30044


Daniel Wallace, M.D.
8737 Beverly Blvd. #808
Los Angeles, CA 90048


Daniela Federici
8899 Beverly Blvd #808
Los Angeles, CA 90048


Dante Harper
1125 N New Hampshire Ave #5
Los Angeles, CA 90019

David A. Kaniski
2535 North Torres Street
orange, CA 92865


David Brokaw
The Brokaw Company
9255 Sunset Blvd.
Suite 804
West Hollywood, CA 90069


David Hadden
1247 W 64th Street
Los Angeles, CA 90044


David Nathan
14333 Albers St. #3
Sherman Oaks, CA 91401


David Norman
6854 Cedar Hill Court
Riverdale, CA 30296


Davis Shapiro Lewitt & Hayes LLP
689 Fifth Ave. 5th Floor
New York, NY 10022


DC Treasurer
Office of Tax & Revenue
1101 4th Street, SW, 5th Floor
Washington, DC 20024


Debra C.
356 N. Bedford Drive
Beverly Hills, CA 90210

Delward Atkins
19326 Kemp Ave.
Carson, CA 90746


Dendiezel Entertainment
1880 Century Park East #1600
Los Angeles, CA 90067


Dewitt Stern of CA Ins Srvc, LLC
5990 Sepulveda Blvd Ste 550
Van Nuys, CA 91411


Digital Kitten
4780 W. Harmon Ave.
Suite 13
Las Vegas, NV 89103


DirecTV
PO Box 54000
Los Angeles, CA 90054-1000


Discount Phone Service
2118 Wlshire Blvd. #970
Santa Monica, CA 90403


DMV
Central Services & Records Division
555 Wright Way
Carson City, NV 89711-0725


DMV Renewal
PO Box 942894
Sacramento, CA 94294-0894

Dr. Cary Logan
PO Box 15570
Las Vegas, NV 89114


Dualstar Communicationws, Inc.
Po Box 9617
Manchester, NH 03108


Dustin Deluna
4927 Strohm Ave.
North Hollywood, CA 91601


E. Kantor M.D. J. Sugerman, M.D.
A. Friedman M.D.
435 N. Bedford Dr. Ste 203
Beverly Hills, CA 90210-4321


Ear Nose & Throat Consultants of Nevada
PO Box 98617
Las Vegas, NV 89193-8617


Eastland Forrester Corp.
1320 Storm Parkway
Torrance, CA 90501


Ed & Ted's Excellent Lighting Inc.
321 Bernoulli Circle
Oxnard, CA 93030


Eleventh Hour
4120 Del Rey Ave. Bldg. B
Marina Del Rey, CA 90292

Eli Koski-Ward
7102-C Sladek Rd.
New Hope, PA 18938


Embarq
PO Box 660068
Dallas, TX 75266-0068


Embarq Communications, Inc.
PO Box 219100
Kansas City, MO 64121-9100


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Enrique Hernandez
8400 S. Maryland Pkwy #1068
Las Vegas, NV 89123


Entertainment Coaches of America Inc.
31017 Airway Road
Leesburg, FL 34748


EPMG
St. Rose Dominican Hosp
PO Box 182554
Columbus, OH 43218-2554


Eric Berg
6536 Homewood Ave.
Hollylwood, CA 90028

Erick Walls
PO Box 1177
Hollywood, CA 90078


Evangelyn Ebora
2211 A Center Avenue
Fort Lee, NJ 07024


Event Services & Support Inc
505 NE 3rd Suite 2
Delray Beach, FL 33483


Executive Services
Hamza Hewitt
Security Consulting Inc.
128 Century Park Place
Peachtree City, GA 30269


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Felix Lighting Corp.
15959 Piuma Ave
Bld A1
Cerritos, CA 90703-1550


Fireman's Fund Insurance Co.
777 San Marin Drive
Novato, CA 94998


First Capital Benefit Advisors Inc.
PO Box 1728
Studio City, CA 91614

Firstsource Advantage, LLC
205 Bryant Woods South
Amhearst, NY 14228


Firstsource Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628


Fiskani Inc.
2025 Peachtree Rd. NE
Suite 6
Atlanta, GA 30309


Flamingo Las Vegas
Director of Entertainment
Laura Ishum
3555 Las Vegas Blvd. South
Las Vegas, NV 89109


Flowers From Holland, Limited
1122-A Old Chattahoocee Ave. NW
Atlanta, GA 30318


Four Points by Sheraton
3737 N Blackstone Ave.
Fresno, CA 93726


Four Seasons Hotel
2800 Pennsylvania Ave NW
Washington, DC 20007


Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952


Fred Monempour DDS
435 N. Bedford Dr. Ste 416
Beverly Hills, CA 90210


Fulton County Tax Commissioner
141 Pryor Street SW
Suite 1106
Atlanta, GA 30303-3487


Garrett Smith
4560 Round Top Drive
Los Angeles, CA 90065


Gary Ramella
1620 Meridian Street
Ruskin, FL 33570


Gelfand Rennart & Feldman
1880 Century Park East #1600
Los Angeles, CA 90067


Gelfand, Rennert & Feldman
1880 Century Park East #1600
Los Angeles, CA 90067


Georgia Dept of Revenue
Income Tax Division
1800 Century Blvd. Room 8300
Atlanta, GA 30345

Geovera Insurance Company
PO Box 7010
Fairfield, CA 94533-0232


Gerad Dure
481 8th Ave @34th St
Suite 820
New York, NY 10001


Germaine Hill, Stylist
2001 1/2 4th Ave.
Los Angeles, CA 90018


GMAC
Po Box 78234
Phoenix, AZ 85062-8234


Green Valley Storage Blue Diamond
8945 Ken's Court
Las Vegas, NV 89139


Greene Classic Limousines
1359 Elisworth Industrial BLvd.
Suite B
Atlanta, GA 30318


Group Benefit Associates
4403 W. Lawrence Ave. Ste 205
Chicago, IL 60630


Gwinnett County Department
of Water Resources
PO Box 530575
Atlanta, GA 30353-0575

Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA 30046


Harvey Jay Mason, Inc.
9200 Sunset Blvd. Ste 600
Los Angeles, CA 90069


Hereiu Welfare Fund
Ms Andrea Flaherty
711 N. Commons Dr.
Aurora, IL 60504


Hi-Tech Carpet and Restoration Inc
3860 Oakcliff Industrial Court
Atlanta, GA 30340


Hollywood Studio Rentals
c/o 1st PMF Bancorp
PO Box 1488
Culver City, CA 90232


Howard Aster
6690 Mustang Street
Las Vegas, NV 89131


Illinois Dept Revenue
Springfiled, IL 62794-1904


Imagemil Studios Inc
684 Antone Street Northwest
Studio 109
Atlanta, GA 30318

Inn-House Doctor
PO Box 15570
Las Vegas, NV 89114


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


International Executive Services
100 Harbor View Drive #633
Port Washington, NY 11050


IT Creative Services, Inc.
201 S Lucerne Blvd.
Los Angeles, CA 90004


J & M Constumers, Inc.
5708 Gentry Avenue
North Hollywood, CA 91607-1256


J & R Audio
8370 West Cheyenne Ave.
#109-89
Las Vegas, NV 89129


J & S Enterprises
3143 Cabot Cove
Navarre, FL 32566


J.I.L. Professional Service
c/o Carla Harrison
4924 Balboa Blvd. #254
Encino, CA 91316

Jackson EMC
PO Box 100
Jefferson., GA 30549-0100


James Barbour
c/o Durant
450 7th Ave. Ste 1208
New York, NY 10123


James Burbury
14 Manor House Lane
Uxbridge, MA 01569


James Ebdon
51108 Don Pio Drive
Woodland Hills, CA 91364


Janim Cleaning Service
3913 McElloy Road
Doraville, GA 30340


Jasero Inc.
30412 Capallero Drive
Castaic, CA 91384


Jerohn Garnett
18550 Hatteras Street
Unit #88
Tarzana, CA 91356


Jerrold Steiner, MD
310 N San Vicente Blvd
Suite 315
Los Angeles, CA 90048

John Dubuqe
330 Merwin Ave. Fl 1
Milford, CT 06360-7159


Joseph D. Kale
8315 Campion Drive
Los Angeles, CA 90045


Joseph L. Eddy
5025 Diamond Ranch Avenue
Las Vegas, NV 89131


Josh Christensen
10914 1/2 Blix St.
North Hollywood, CA 91602


Jospeh Young Associates
18 Hook Mountain Road
Suite 203
Pine Brook, NJ 07058


Joyce Van Hook
860 Columbus Ave.
New York, NY 10025


Junji Hirano
6850 Peachtreet Dunwoody Rd.
Apt #1337
Atlanta, GA 30328


Kaye Scholer LLP
1999 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067-6048

Keith Franco
3941 Reminton Way
Marrieta, GA 30066


Keith Marks
1834 Rutgers Dr.
Thousand Oaks, CA 91360


Kendra Reevey
2120 1st Avenue
Apt #1054
New York, NY 10029


Kenneth Forges
7836 Alma Street
Westego, LA 70094


Kenneth Harlow
9490 S Bermuda Road #2004
Las Vegas, NV 89183


Kevin Bye
2925 Wigwam Ave. #924
Henderson, NV 89074


Kevin Randolph
19528 Ventura Blvd. #602
Tarzana, CA 91356-2917


Kim Garcia
4735 Satellite Blvd.
Duluth, GA 30096

Kimberly Myles
631 Jones Road
Severn, MD 21144


Kishnet Music, Inc.
15260 Ventura Blvd. #2100
Sherman Oaks, CA 91403


LA Premier
8928 W Olympic Blvd
Beverly Hills, CA 90211


LA Stagecall
1060 Aviation Blvd Ste B
Hermosa Beach, CA 90254


Lance Aquirre
1721 Double Arch Court
Las Vegas, NV 89128


Laroda Group
c/o Coggan & Tarlow
1925 Century Park East
Ste 2320
Los Angeles, CA 90067


Laroda Group LTD
c/o Coggan & Tarlow
1925 Century Park East
Suite 2320
Los Angeles, CA 90067


Law Offices of Anthony Abner PC
150 South Rodeo Dr.
Ste 200
Beverly Hills, CA 90212

LE Parc Homeowners Assoc.
10100 Empyrean Way
Los Angeles, CA 90076-3824


Leonid Ruzayev
2520 Batchelder Street
Apt 8G
Brooklyn, NY 11235


Lesley Lewis
1645 Brooklyn Avenue
Brooklyn, NY 11210


Lincoln West Partners, LP
1995 Broadway
Third Floor
New York, NY 10023


LJR & Associates Inc.
Aiport Concierge Services
PO Box 4203
Redondo Beach, CA 90277-1755


Lori Sommer
5009 Broadway Apt #210
New Yhork, NY 10034


Los Angeles, County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Marc Bouwer
27 West 20th Street
12th Floor
New York, NY 10011

Margaret Lewis
130 Pro Terrace
Duluth, GA 30097


Marie Brown
4686 Cedarwood Drive
Lilburn, GA 30047


Marisa Lawrence MD, PC
5505 Peachtree Dunwoody Rd.
Ste 270
Atlanta, GA 30342


Marlyn Ortiz
541 Rosedale Avenue Apt #7A
Bronx, NY 10473


Marquis B., Inc.
c/o Bmarc Bouwer
27 West 20th Street
12th Floor
New York, NY 10011


Marta Figueora
501 East 65th Street
Los Angeles, CA 90003


Martin Cadillac
12101 Olympic Blvd.
Los Angeles, CA 90064


Matthew O. Cox, DDS PC
8460 S. Eastern Ave
Suite B
Las Vegas, NV 89123-2816

MCI Residential Service
Po Box 52551
Phoenix, AZ 85072-2251


Mesa Air Conditioning
420 Presque Isle Street
Henderson, NV 89074


Metro Washington DC
Federation of Musicians
4400 MacArthur Blvd NW
Suite 306
Washington, DC 20007-2521


Metrocall
PO Box 740519
Atlanta, GA 30374-0519


Michael Davis
503 Atlantic Avenue Apt 1B
Brooklyn, NY 11217


Michael Hall
212 Timberlake Drive
Springfield, TN 37172


Michael P. Jones
25859 Galante Way
Valencia, CA 91355


Millenium Dance Complex
5113 Lankersheim Blvd.
North Hollywood, CA 91601

Momentous Insurance Brokerage
5990 Sepulveda Blvd Ste 550
Van Nuys, CA 91411

More than a Tea Party Productions
10345 E. Olympic Blvd.
2nd Floor
Los Angeles, CA 90064

Mountain West Floors
3226 W. Desert Inn Rd.
Las Vegas, NV 89102

Near North Entertainment
1840 Century Park East #1100
Los Angeles, CA 90067

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Nevada Power Company
PO Box 30086
Reno, NV 89520-3086

New Act Travel
1900 Avenue of the Stars
Suite 1550
Los Angeles, CA 90067-6048

New Jersey Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ 08646-0222

New York State Corp. Tax
Dept of Taxation & Finance
Office of Counsel
Building 9 W.A. Harriman Campus
Albany, NY 12227


Nextel Communications
PO Box 821001
Philadelphia, PA 19182-1001


Nezhat Medical Center
Suite 276
555 Peachtree-Dunwoody Rd.
Atlanta, GA 30342


Nissim Aharon
2514 2nd St.
Santa Monica, CA 90405


Nitz Walton & Heaton Ltd
601 South Tenth Street
Suite 201
Las Vegas, NV 89101


North Carolina Dept Revenue
PO Box 25000
Raleigh, NC 27640-0640


NV Energy
Po Box 20086
Reno, NV 89520-3086


O'Brian Transportation
11049 Slater Avenue
Fountain Valley, CA 92708

Oakwood Corporate Housing
File 056739
Los Angeles, CA 90074


Oasis Bay
1601 E. Katie Avenue
Las Vegas, NV 89119


Offworld
Michael Bernard
5152 Sepulveda BLvd #206
sherman Oaks, CA 91403


Oklahoma Tax Commission
PO Box 269056
Oklahoma City, OK 73126-9056


On Stage Rehearsal  Studios
3905 W. Diablo Dr.
Suite 103
Las Vegas, NV 89118


Oreintal Express LLC
3127 Ali Baba Lance
Suite 806
Las Vegas, NV 89118


Orkin
Pacific Support Center
12710 Magnolia Ave.
Riverside, CA 92503-4620


Orkin Pest Control
5440 Ziebart Place
Suite A
Las Vegas, NV 89103-5676

Oscar Seaton
5308 Hazeletine Ave. #204
Sherman Oaks, CA 91423


Outdoor Images Landscaping
PO Box 354
Grayson, GA 30017


PA Dept of Revenue
Bureau of Individual Taxes
PO Box 280502
Harrisburg, PA 17128-0502


Pacific Bell
Payment Center
Vany Nuys, CA 91388-0001


Paige Hinton
405 Central Park West #3
New York, NY 10025


Palladino & Sutherland
1482 Page Street
San Francisco, CA 94117


Pamela Harris
15030 Ventura Blvd #541
Sherman Oaks, CA 91403


Park East Cardiovascular PC
PO Box 30616
New York, NY 10087-0616

Pathik Desai
1201 Dincara Road
Burbank, CA 91505


Paul Jamieson
4513 Kraft Avenue
Studio City, CA 91602


Paul Thatcher
691 R. John Westley Dobbs Avenue
Atlanta, GA 30312


Peachtree Pest Control Co. Inc.
1394 Indian Trail Rd.
Bld 100
Norcross, GA 30093


Pedro Guillen
518 Raymond Ave. #17
Santa Monica, CA 90405


Performance Parking LLC
160 W. 66th Street
New York, NY 10023


Perri Entertainment Srvc. Inc.
Attn Stephanie
Po Box 11852
Reno, NV 89510


Peter Kyte
1155 Mightmoss Avenue
Las Vegas, NV 89123

Petersen Furniture
PO Box 222
park Ridge, IL 60068


Petersen Interntational Underwriters
23929 Valencia Blvd. Ste 215
Valencia, CA 91355


PHD Productions LLC
3409 Walnut Ridge
Atlanta, GA 30349


Philip K. Robb, MD
3400 C Old Hilton Pkwy #480
Alpharetta, GA 30005


Phillips Digital Media Inc.
c/o Provident Financial Management
2820 Ocean Park Blvd. Ste 300
Santa Monica, CA 90405


Phillips Digital Media, Inc.
c/o Provident Financial Management
2850 Ocean Park Blvd.
Suite 300
Santa Monica, CA 90405


Picture Perfect Production, Inc.
2704 Glendower Avenue
Los Angeles, CA 90027


Premium Assignment Corporation
151 Kalmus Dr.
Suite C220
Costa Mesa, CA 92626

Premium Finance Specialists of CA Inc
PO Box 100391
Pasadena, CA 91189-0391


Premium Financing Specialists
PO Box 4210
Burbank, CA 91503-4210


Premium Financing Specialists
PO Box 100249
Pasadena, CA 91189-0249


PricewaterhouseCoopers
1880 Century Park East #1600
Suite 1600
Los Angeles, CA 90067


Production Resource Group
c/o Rudy Gaba, Jr. Esq.
Hollins Schechter
1851 East First Street, 6th Floor
Santa Ana, CA 92705-4017


Production Resource Group
PO Box 41260
Los Angeles, CA 90074


Production Storage Group, Inc.
45 Rose Avenue, Ste 17
Venice, CA 90291


Qwest
Po Box 1301
Minneapolis, MN 55483-0001

Rachel Newman
2019 18th St. #1/2
Santa Monica., CA 90404


Rachel Woolin
4949 Pine Tree Drive
Miami Beach, FL 33140


Rami Smith
8955 Medway Valley Ln
Henderson, NV 89074


Rat Sound Systems, Inc.
321 Bernoulli Circle
Oxnard, CA 93030


Raymond Moneiro
15929 Gard Ave #8
Norwalk, CA 90650


RCA Music Group
c/o Rhea P Hamilton
550 Madison Avenue
New York, NY 10022


RDA Entertainment Inc
966 Eilinita Ave
Glendale, CA 91208


Remraf Inc
23679 Calabasas Road
Calabasas, CA 91302

Republic Services
PO Box 78040
Phoenix, AZ 85062-8040


Rhodes Island Division of Taxation
One Capitol Hill
Providence, RI 02908


Rick Coker
11601 Old St Charles
Bridgeton, MO 63044


Rihga Royal Hotel
151 West 54th Street
New York, NY 10019


RJN Audio Inc
PO Box 164
Randallstown, MD 21133-0164


RK Diversified Entertainment Inc
112 N Harvard Avenue
PMB 244
Claremont, CA 91711


Road Radios LLC
3300 Pine Avenue
Manhattan Beach, CA 90266


Robert D. Wright
314 N. Long Beach Ave.
Freeport, NY 11520

Roberts Borthers Coach Co.
210 Charles Ralph Drive
Springfield, TN 37172


Rock-It-Cargo LLC
1800 Byberry Rd
Suite 909
Huntington Valley, PA 19006


Ronald L. Steenerson, MD
980 Johnson Ferry Rd.
Suite 470
Atlanta, GA 30342


Ronnie Rotroff
3317 Rockside Drive
Hermitage, TN 37076


Rouhi Dance Studio
19320 Ventura Blvd.
Tarzana, CA 91356


Scanna Energy
PO Box 100157
Columbia, SC 29202-3157


Screen Actors Guild
PO Box 48970
Los Angeles, CA 90048


Seannita Parmer
4200 West Village Place #1229
Smyrma, GA 30080

Secretary of State
Po Box 944230
Sacramento, CA 94244-2300


Securities Exchange Commission
5670 Wilshire Blvd. 11th Fllor
Los Angeles, CA 90036


Seven Hills Master
c/o Excellense Community Mgmt
Po Box 63185
Phoenix, AZ 85082-3185


Sew What, Inc.
1978 Gladwick Street
Rancho Dominguez, CA 90220


Shoe Lab
Subsidiary of Guederian, Inc.
3600 South Highland #8
Las Vegas, NV 89103


Showbiz Enterprises, Inc.
15541 Lanark Street
Van Nuys, CA 91406-1412


Shumate Mechanical
2806 Premier Parkway
Duluth, GA 30097


Silverman Sclar Shin & Byrne LLP
3110 Main Street, Suite 205
Santa Monica, CA 90405

Silverman Sclar Shin & Byrne LLP
1800 Century Park East
Suite 600
Los Angeles, CA 90067


Skytel
PO Box 740577
Atlanta, GA 30374-0577


Soulo
6555 Sugarloaf Pkwy #307
Duluth, GA 30097


Soulpower Productions Inc.
c/o Schur & Sugarman
11845 W. Olympic Blvd $1125W
Los Angeles, CA 90064


Sound Image Inc
2415 W Vineyard Avenue
Escondido, CA 92029


Southern Highlands Golf Club
One Robert Trent Jones Lane
Las Vegas, NV 89141


Southern Higlands Prep School
11500 Southern Highlands Parkway
Las Vegas, NV 89141


Southwest Gas Corporation
PO Box 98890
Las Vegas, NV 89150-0101

Southwest Management Group, Inc.
2920 S. Rainbow Blvd. Ste 120
Las Vegas, NV 89146


Sprint
PO Box 660092
Dallas, TX 75266-0092


Sprint
PO Box 54977
Los Angeles, CA 90054-0977


Stage Call Corporation
1859 N. Rosemont
Mesa, AZ 85205


Stankin Music Inc
19528 Ventura Blvd. #602
Tarzana, CA 91356


State Comptroller
of Public Accounts
111 E 17th Street
Austin, TX 78774-0100


State of Michigan
Department of Treasury
Lansing, MI 48922


State of New jersey
Division of Taxation
Revenue Processing Center
PO Box 666
Trenton, NJ 08646-0666

Steinberg Diagnostic Medical Imaging
PO Box 36900
Las Begas, NV 89133-6900


Stephanie Cook
PMB 658
7065 W Ann Rd. Ste 130
Las Vegas, NV 89130


Sterling Executive Services
280 Alba Ave.
Bridgeport, CT 06606


Strands of Hair, Inc.
35 St. Nicolas Terrace #35
New Yok, NY 10027


Studio Instrument Rentals
608 S Maryland Pkwy
Las Vegas, NV 89101


Studio Instrument Rentals
475 Tenth Ave.
New York, NY 10018


Sugarloaf Residential
Property Owners Assoc.
6340 Sugarloaf Pkwy Ste 200
Duluth, GA 30097


Sun Media Productions
5320 S. Procyon Street
Las Vegas, NV 89118

Suntrust Bank
2734 Meadow Church Road
Duluth, GA 30097


T-Watts Inc
2710 Woodward Rd
College Park, CA 30349


Tamar Braxton
2044 Townsquare Drive
McDonough, GA 30253


Tania Gustave
310 East 6th Street
Apt #23
New York, NY 10003


Tariqh Akoni
1051 Rose Avenue
Pasadena, CA 91107


TCG Holdings, LLC
350 Fifth Ave.
Suite 2723
New York, NY 10118


Tenant Data Verification
116-55 Queens Blvd.
Suite 204
Forest Hills, NY 11375


Tennesee Dept Revenue
Andrew Jackson State
Office Bldg.
500 Deaderick Street
nashville, TN 37242

The Brokaw Company
9255 Sunset Blvd. Suite 804
Los Angeles, CA 90069


The Estates at Phipps
700 Phipps Blvd NE
Atlanta, GA 30326


The Estates at Seven Hills HOA
c/o Real Prop Mgmt Group
PO Box 63398
Phoenix, AZ 85082-3398


The Fairways
10925 Souther Highlands Pkwy
Las Vegas, NV 89141


The Peninsula Beverly Hills
9882 South Santa Monica Blvd
Beverly Hills, CA 90212


The Peninsula Chicago
108 East Superior Street
Chicago, IL 60611


The Phillips Club
155 West 66th Street
New York, NY 10023


The Recording Agent
3290 Northside Okwy NW
Suite 280
Atlanta, GA 30327

The Westin
909 North Michgan Avenue
Chicago, IL 60611


Tiffany & Co.
Collections Department
Christian Hobbis
15 Sylvan Way
Parsippany, NJ 07054-3805


Tiffany & Company
PO Box 27389
New York, NY 10087-7389


Tim Hamrock Interiors LLC
360 E. Desert Inn Road
Unit 1003
Las Vegas, NV 89109


Tim Lamb
45 Rose Avenue #16
Venice, CA 90291


Tim O'Brien & Assoc. Inc.
DBA Clear Talent Group
10950 Ventura Blvd.
Studio City, CA 91604


Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


TMB
10643 Glenoaks Blvd.
Pacoima, CA 91331

TMP Entertainment
1400 Colorado St. Suite C
Boulder City, NV 89005


Tom Schwartz
5900 NW 44th Street #406
lauderhill, FL 33319


Tonderick Tilland Watkins
2710 Woodward Rd
College Park, GA 30349


Tone Control
PO Box 164
Barboursville, VA 22923


Toni Braxton
1880 Century Park East
Suite 1600
Los Angeles, CA 90067


Tony Abner
Showroom Off Sunset
912 Hyperion Avenue
Los Angeles, CA 90029


Tournament Players Club
2595 Sugarloaf Club Dr.
Duluth, GA 30097


Towanda Braxton Carter
1438 Legrand Circle
Lawrenceville, GA 30043

Tracey L. Harris
425 Fairlawn Drive
Stockbridge, GA 30281


Transformers Inc.
241 Taaffe Place
Suite 305
Brooklyn, NY 11205


Tree Sound Studios, Inc
4610 Peachtree Industrial Blvd
Norcross, GA 30071


Trina E. Braxton
c/o Trina E. Braxton, Inc.
5024 Pacific Dunes Drive
Suwanee, GA 30024


Trio Talent Agency
117 N Robertson Blvd
2nd Floor
West Hollywood, CA 90048


Triple AAA Productions
6501 Peppermill Dr
Las Vegas, NV 89146


Underdog Music, Inc.
9200 Sunset Blvd. Suite 600
Los Angeles, CA 90069


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

Unitek Computer Stores
11320 Santa Monica Blvd.
Los Angeles, CA 90025


Unseen Lab Recordings, Inc.
1800 S Robertson Blvd 215
Los Angeles, CA 90035


Utah State Tax Commision
210 North 19950 West
Salt Lake City, UT 84134


Verizon
Po Box 1100
Albany, NY 12250-0001


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622


Victoria Wood
Wigmaker Inc.
223 West Alameda Ave
Suite 101
Burbank, CA 91502


Villages at Huntcrest Community
c/o Eagle Management Services
1532 Dunwoody Village Pkwy 100
Atlanta, GA 30338

Vintage Westley Transport Services
2280 Cook Drive
Atlanta, GA 30340


Virginia Dept Taxation
Office of Customer Services
Po Box 1115
Richmond, VA 23218-1115


Volkswagen Credit
PO Box 7572
Libertyville, IL 60048-7572


Walter L. Barnes, Jr
26700 Loganberry Dr.
Apt E124
Richmond Heights, OH 44143


Walton / Isaacson LLC
15260 Ventura Blvd. #2100
Sherman Oaks, CA 91403


Walton Isaacson LLP
4250 Wilshire Blvd.
Los Angeles, CA 90010


Wander & Golden, LLP
641 Lexington Avenue
New York, NY 10022


Water District
1001 South Valley View Blvd.
Las Vegas, NV 89153

Wayne Green
1456 Alison Drive
Grenta, LA 70056

Wells Fargo Auto Finance Inc
PO Box 60966
Los Angeles, CA 90060-0966

Wells Fargo Bank
Home Equity Collections
P6053-022
PO Box 4116
Portland, OR 97205-4116

Wells Fargo Bank, NA
PO Box 54780
Los Angeles, CA 90054-0780

Wells Fargo Home Mortgage
PO Box 30427
Los Angeles, CA 90030-0427

West Coast Movers
9019 Oso Avenue #C
Chatsworth, CA 91311

Westcliff Medical Laboratories, Inc.
PO Box 7153
Pasadena, CA 91109-7153

Wild Lotus
8539 W. Sunset Blvd.
Suite 18
West Hollywood, CA 90069

William Malina
5717 Katherine Avenue
Sherman Oaks, CA 91401


William Morris Agency
One William Morris Place
Tom Wulff
Beverly Hills, CA 90212


William Stone
268 Louis Lane
Cowpens, SC 29330


Wisconsin Dept Revenue
2135 Rimrock Rd
Madison, WI 53713


Wiser Electronics
2624 Redwood St.
Las Vegas, NV 89146


Xcel Talent Agency
PO Box 191731
Atlanta, GA 31119


Yxia Olivares
5009 Broadway Apt 210
New York, NY 10034


Zifren Brittenham Branca & Fischer
1801 W Olympic Blvd
Pasadena, CA 91199-1336