**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 30, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Liberty Entertainment, Inc.<br>1880 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067 | **Case Number:**<br>**2:10–bk–51881–BR** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 95–4695790 |
| Attorney for Debtor(s) (name and address):<br>Debra I Grassgreen<br>150 California St 15th Flr<br>San Francisco, CA 94111–4500<br>Telephone number:  415–263–7000 | Bankruptcy Trustee (name and address):<br>David A Gill (TR)<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067–2904<br>Telephone number:  (310) 201–2407 |

### Meeting of Creditors:

Date: **November 4, 2010**     Time:  **02:30 PM**

Location:  **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstanes, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number:  213–894–3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  October 4, 2010 |
| **(Form rev. 12/09:341–B9B)** | / |

# EXPLANATIONS

B9B (Official Form 9B)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: kcollinsC              Page 1 of 7                  Date Rcvd: Oct 04, 2010
Case: 10-51881                 Form ID: b9b                 Total Noticed: 420

The following entities were noticed by first class mail on Oct 06, 2010.
db          +Liberty Entertainment, Inc.,    1880 Century Park East,    Suite 1600,    Los Angeles, CA 90067-1661
aty         +Debra I Grassgreen,    150 California St 15th Flr,    San Francisco, CA 94111-4554
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
27564315    +2020 Inc,    3060 Peachtree Road NW,    Suite 1420,    Atlanta, GA 30305-2241
27564316     A-1 Freeman Moving Group, Inc.,    PO Box 99963,    Oklahoma City, OK 73199
27564322    +ADR Services,    1900 Avenue of the Stars,    Suite 250,    Los Angeles, CA 90067-4304
27564323     ADT Security Services,    PO Box 650485,    Dallas, TX 75265-0485
27564326     AFTRA,    PO Box 21049,    New York, NY 10286-1049
27564327     AFTRA Health Fund Premium,    PO Box 13680,    Newark, NJ 07188-3680
27564358     AT&T,    PO Box 30199,    Tampa, FL 33630-3199
27564355    +AT&T,    PO Box 27-820,    Kansas City, MO 64184-8820
27564356    +AT&T,    PO Box 78255,    Phoenix, AZ 85062-8255
27564359     AT&T,    PO Box 10103,    Van Nuys, CA 91410-0103
27564361     AT&T Mobility,    PO Box 537104,    Atlanta, GA 30353-7104
27564362     AT&T Mobility,    PO Box 539641,    Atlanta, GA 30353-8641
27564363     AT&T Mobility,    PO Box 60017,    Los Angeles, CA 90060-0017
27564365    +AT&T Wireless Services,    PO Box 51471,    Los Angeles, CA 90051
27564317    +Accredited Pool Service,    PO Box 777181,    Henderson, NV 89077-7181
27564318    +Accurate Stagin,    1820 West 135yh Street,    Gardena, CA 90249-2520
27564319     Actors’ Eqity Association,    PO Box 19548A,    Newark, NJ 07195-0548
27564320    +Adell O’Bryant,    1130 S. cCtrus Avenue,    Apt E,    Los Angeles, CA 90019-1645
27564321    +Adilian Barnes,    pO Box 94,    N. Hollywood, CA 91603-0094
27564324     Advanced Pro Remediation,    596 MCLeod Dr.,    Las Vegas, NV 89102
27564329    +Airport Concierge Services,    PO Box 79313,    Atlanta, GA 30357-7313
27564332    +All Access Inc.,    1320 Storm Parkway,    Torrance, CA 90501-5041
27564333    +All Access Transportaiton Service, Inc.,    163 Amsterdam Ave. #249,    New York, NY 10023-5001
27564334    +Allan Starks,    5529 Irving Avenue South,    Minneapolis, MN 55419-1633
27564335     Allen Hong,    73-1372,    Kailua Kona, HI 96740-9347
27564337     Allied Waste Services,    PO Box 9001099,    Louisville, KY 40290-1099
27564339     American Bankers Ins. Co. of FL,    PO Box 29861,    Dept. ABIC -10111,    Phoenix, AZ 85038-9861
27564341    +American Travel Marketing,    9200 Sunset Blvd. #500B,    Los Angeles, CA 90069-3502
27564342    +Andrew Johnson,    c/o Executive Sercuity Services,    128 Century Park Place,
              Peachtree City, GA 30269-5633
27564343    +Andrew Logan,    322 S. Las Plamas Avenue,    Los Angeles, CA 90020-4814
27564344    +Angela Tripp,    750 Riata Way,    Las Vegas, NV 89110-3736
27564345    +Antavius M. Weems,    PO Box 50488,    Atlanta, GA 30302-0488
27564346    +Anthony Ciulla,    55 West End Avenue #8F,    New York, NY 10023-7847
27564347    +Anthony Franco,    912 Hyperion Avenue,    Los Angeles, CA 90029-3108
27564348    +Antionio Jones,    4633 malone Court,    Raleight, NC 27616-5473
27564349    +Ari Halbert,    2442 Ashbourne Rd.,    Wyncote, PA 19095-2213
27564350    +Ariadne Villarreal,    20 West 88th Street,    Garden Flat,    New Yhok, NY 10024-2544
27564351    +Ascot, Inc.,    2697 Lavery Court, Unit 21,    Newbury Oark, CA 91320-1571
27564352    +At Your Service Home Serivces,    35 E. Horizon Ridge,    Suite 110 PMB 112,
              Hendereson, NV 89002-7906
27564366    +Atlantic Records,    1290 AVenue of the Americas,    27th Floor,    Attn: Brian St. John,
              New York, NY 10104-0101
27564367    +Atlantic Records,    1290 Ave. of the Americas,    27th Flr,    Attn Brian St. John,
              New York, NY 10104-0101
27564376    +BLH Management Co,    c/o Provident Financial Management,    10345 West Olypic Blvd.,
              Los Angeles, CA 90064-2524
27564377    +BLS Limousine Service of New York Inc.,    18-20 Steinway Street,    Astoria, NY 11105-1011
27564368    +Backstage Dance Studio,    3425 Backstage Blvd.,    Las Vegas, NV 89121-3221
27564369    +Beagy Zielinski,    6515 Blvd. East #5F,    West New York, NJ 07093-4205
27564370     Beckley Singleton,    Attorneys at Law,    530 las Vegas Blvd.,    South Las Vegas, NV 89101
27564374    +Blackground Enterprises, Inc.,    c/o Barry Hankerson,    14724 Ventura Blvd #440,
              Sherman Oaks, CA 91403-3521
27564375    +Blacktrack Entertainment, Inc.,    23679 Calabasas Road #547,    Calabasas, CA 91302-1502
27564378     Blue Cross Blue Shield of CA,    PO Box 105789,    Atlanta, GA 30348-5789
27564380    +Boaz Watson,    9497 Haddington Ct.,    Cincinnati, OH 45251-2362
27564382    +Bob Kretschmer, Inc.,    531 Suncourt Ter.,    Glendale, CA 91206-3049
27564381    +Bob Kretschmer, Inc.,    531 Suncourt Terrace,    Glendale, CA 91206-3049
27564384    +Bragman Nyman Cafarelli, LLC,    8687 Melrose Avenue 8th Fl.,    Los Angeles, CA 90069-5746
27564385    +Brandon Coleman,    2968 S. Robertson Blvd.,    Los Angeles, CA 90034-3124
27564386    +Breast Care Specialists,    975 Johnson Ferry Rd. Ste 500,    Atlanta, GA 30342-4737
27564387    +Brian Lichtenberg,    825 1/2 Silver Lake Blvd.,    Los Angeles, CA 90026-2971
27564389    +Bulldog Movers, Inc.,    6400-I Highlands Parkway,    Smyrna, GA 30082-7233
27564390    +Callway Security Systems, Inc.,    PO Box 263,    Alpharetta, GA 30009-0263
27564391    +Cardiovascular Consultants of Nevada,    2300 Corporate Circle Dr. #100,
              Henderson, NV 89074-7725
27564392    +Carla Duren,    5907 Boulevard E Apt E5,    West New York, NJ 07093-3779
27564393    +Carla Harrison,    4003 Beverly Glen Blvd.,    Sherman Oaks, CA 91423-4406
27564394    +Catherine’s Heart,    c/o Platinum Financial,    9200 Sunset Blvd. #600,
              Los Angeles, CA 90069-3196
27564395    +Cedars Sinai Imaging Med Group PC,    PO Box 4313,    Woodland Hills, CA 91365-4313
27564396     Cedars Sinai Medical Center,    File 1050,    1801 W. Olympic Blvd.,    Pasadena, CA 91199-1050
27564397    +Cedars Sinai Physician Billing,    PO Box 512717,    Los Angeles, CA 90051-0717
27564398    +Centerstaging Musical Prod., Inc.,    3407 Winona Ave.,    Burbank, CA 91504-2549
27564400    +Chalice Recording,    845 N. Highland Ave.,    Los Angeles, CA 90038-3416
27564401    +Chan Gaines,    PO Box 67843,    Los Angeles, CA 90067-0843
27564402    +Chante’ Moore Entertainment,    PO Box 1080,    Simi Valley, CA 93062-1080
27564404     Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
27564405    +Child Like Productions,    7416 Melba Ave.,    West Hills, CA 91307-1457
27564406     Chubb Group of Insurance Companies,    PO Box 7247-0180,    Philadelphia, PA 19170-0180
```

```
District/off: 0973-2                  User: kcollinsC                 Page 2 of 7                   Date Rcvd: Oct 04, 2010
Case: 10-51881                        Form ID: b9b                    Total Noticed: 420

27564407       +Chubb Group of Insurance Companies,    c/o WNC First Insurance Services,    Po Box 3362,
                 South Pasadena, CA 91031-6362
27564411        City National Bank,    Credit Card Processing Center,    PO Box 3052,    Milwaukee, WI 53201-3052
27564412        City National Bank,    Payment Processing,    Milwaukee, WI 53288-0200
27564418       +City Treasurer,    City Hall, 1st Floor,    414 E. 12th Street,    Kansas City, MO 64106-2702
27564415        City of Henderson,    PO Box 52767,    Phoenix, AZ 85072-2767
27564414        City of Henderson,    Utility Services,    PO Box 95011,    Henderson, NV 89009-5011
27564416        City of Los Angeles,    Parking Violations Bureau,    Po Box 30420,    Los Angeles, CA 90030-0420
27564417        City of Los Angeles,    Municipal Services,    PO Box 30808,    Los Angeles, CA 90030-0808
27564419       +Claremont Resort and Spa,    41 Tunnel Road,    Berkeley, CA 94705-2429
27564420       +Clarence White,    5640 Wandering Vine Lane,    Mableton, GA 30126-5641
27564421        Clark County Treasurer,    500 S. Grand Central Pkwy,    1st Floor,    PO Box 551220,
                 Las Vegas, NV 89155-1220
27564422       +Clear Talent Group,    10950 Ventura Blvd.,    Studio City, CA 91604-3340
27564423       +Cole Walliser,    5025 Coldwater Cyn Ave. Apt 12,    Sherman Oaks, CA 91423-1638
27564424       +Comptroller of Maryland,    Revenue Administration Division,    110 Carroll Street,
                 Annapolis, MD 21411-1000
27564427       +Cynthia Alvarez,    51 Clifton Ave. C414,    Newark, NJ 07104-4503
27564428       +Cynthia P. Romo,    10626 Valley Spring Lane #103,    Toluca Lake, CA 91602-3251
27564449        DMV,   Central Services & Records Division,    555 Wright Way,    Carson City, NV 89711-0725
27564450        DMV Renewal,    PO Box 942894,    Sacramento, CA 94294-0894
27564429       +Dale Carriveau,    4050 Latona Avenue NE,    Seattle, WA 98105-6540
27564430       +Dammo Enterprieses, Inc.,    Po Box 428487,    Evergreen Park, IL 60805-8487
27564431       +Dania Miller,    3309 Merlot Court,    Lawrenceville, GA 30044-3288
27564432       +Daniel Wallace, M.D.,    8737 Beverly Blvd. #808,    Los Angeles, CA 90048-1828
27564434       +Dante Harper,    1125 N New Hampshire Ave #5,    Los Angeles, CA 90029-1738
27564435       +David A. Kaniski,    2535 North Torres Street,    orange, CA 92865-2923
27564436       +David Brokaw,    The Brokaw Company,    9255 Sunset Blvd.,    Suite 804,
                 West Hollywood, CA 90069-3305
27564437       +David Hadden,    1247 W 64th Street,    Los Angeles, CA 90044-2611
27564438       +David Nathan,    14333 Albers St. #3,    Sherman Oaks, CA 91401-5106
27564439       +David Norman,    6854 Cedar Hill Court,    Riverdale, GA 30296-2208
27564440       +Davis Shapiro Lewitt & Hayes LLP,    689 Fifth Ave. 5th Floor,    New York, NY 10022-3154
27564442       +Debra C.,    356 N. Bedford Drive,    Beverly Hills, CA 90210-5108
27564443       +Delward Atkins,    19326 Kemp Ave.,    Carson, CA 90746-2841
27564444       +Dendiezel Entertainment,    1880 Century Park East #1600,    Los Angeles, CA 90067-1661
27564445       +Dewitt Stern of CA Ins Srvc, LLC,    5990 Sepulveda Blvd Ste 550,    Van Nuys, CA 91411-2536
27564447        DirecTV,    PO Box 54000,    Los Angeles, CA 90054-1000
27564448       +Discount Phone Service,    2118 Wlshire Blvd. #970,    Santa Monica, CA 90403-5704
27564451       +Dr. Cary Logan,    PO Box 15570,    Las Vegas, NV 89114-5570
27564452        Dualstar Communicationws, Inc.,    Po Box 9617,    Manchester, NH 03108
27564453       +Dustin Deluna,    4927 Strohm Ave.,    North Hollywood, CA 91601-4843
27564454       +E. Kantor M.D. J. Sugerman, M.D.,    A. Friedman M.D.,    435 N. Bedford Dr. Ste 203,
                 Beverly Hills, CA 90210-4379
27564465        EPMG,   St. Rose Dominican Hosp,    PO Box 182554,    Columbus, OH 43218-2554
27564455        Ear Nose & Throat Consultants of Nevada,    PO Box 98617,    Las Vegas, NV 89193-8617
27564456       +Eastland Forrester Corp.,    1320 Storm Parkway,    Torrance, CA 90501-5041
27564457       +Ed & Ted's Excellent Lighting Inc.,    321 Bernoulli Circle,    Oxnard, CA 93030-5164
27564458       +Eleventh Hour,    4120 Del Rey Ave. Bldg. B,    Marina Del Rey, CA 90292-5604
27564459       +Eli Koski-Ward,    7102-C Sladek Rd.,    New Hope, PA 18938-9706
27564462        Employment Development Department,    Bankruptcy Group MIC 92E,    PO Box 826880,
                 Sacramento, CA 94280-0001
27564463       +Enrique Hernandez,    8400 S. Maryland Pkwy #1068,    Las Vegas, NV 89123-5931
27564464       +Entertainment Coaches of America Inc.,    31017 Airway Road,    Leesburg, FL 34748-9727
27564466       +Eric Berg,    6536 Homewood Ave.,    Hollywood, CA 90028-7821
27564467       +Erick Walls,    PO Box 1177,    Hollywood, CA 90078-1177
27564468       +Evangelyn Ebora,    2211 A Center Avenue,    Fort Lee, NJ 07024-5819
27564469       +Event Services & Support Inc,    505 NE 3rd Suite 2,    Delray Beach, FL 33483-5541
27564470       +Executive Services,    Hamza Hewitt,    Security Consulting Inc.,    128 Century Park Place,
                 Peachtree City, GA 30269-5633
27564471        FedEx,   PO Box 7221,    Pasadena, CA 91109-7321
27564473       +Fireman's Fund Insurance Co.,    777 San Marin Drive,    Novato, CA 94998-0001
27564475       +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amhearst, NY 14228-3609
27564476        Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
27564477       +Fiskani Inc.,    2025 Peachtree Rd. NE,    Suite 6,    Atlanta, GA 30309-1462
27564479       +Flowers From Holland, Limited,    1122-A Old Chattahoocee Ave. NW,    Atlanta, GA 30318-3717
27564480       +Four Points by Sheraton,    3737 N Blackstone Ave.,    Fresno, CA 93726-5307
27564481       +Four Seasons Hotel,    2800 Pennsylvania Ave NW,    Washington, DC 20007-3755
27564484       +Fred Monempour DDS,    435 N. Bedford Dr. Ste 416,    Beverly Hills, CA 90210-4384
27564485       +Fulton County Tax Commissioner,    141 Pryor Street SW,    Suite 1106,    Atlanta, GA 30303-3446
27564487       +Gary Ramella,    1620 Meridian Street,    Ruskin, FL 33570-5737
27564488       +Gelfand Rennart & Feldman,    1880 Century Park East #1600,    Los Angeles, CA 90067-1699
27564489       +Gelfand, Rennert & Feldman,    1880 Century Park East #1600,    Los Angeles, CA 90067-1699
27564490       +Georgia Dept of Revenue,    Income Tax Division,    1800 Century Blvd. Room 8300,
                 Atlanta, GA 30345-3202
27564491        Geovera Insurance Company,    PO Box 7010,    Fairfield, CA 94533-0232
27564492        Gerad Dure,    481 8th Ave @34th St,    Suite 820,    New York, NY 10001
27564493       +Germaine Hill, Stylist,    2001 1/2 4th Ave.,    Los Angeles, CA 90018-1232
27564495       +Green Valley Storage Blue Diamond,    8945 Ken's Court,    Las Vegas, NV 89139-6942
27564496       +Greene Classic Limousines,    1359 Elisworth Industrial BLvd.,    Suite B,    Atlanta, GA 30318-4149
27564498        Gwinnett County Department,    of Water Resources,    PO Box 530575,    Atlanta, GA 30353-0575
27564500       +Harvey Jay Mason, Inc.,    9200 Sunset Blvd. Ste 600,    Los Angeles, CA 90069-3196
27564501       +Hereiu Welfare Fund,    Ms Andrea Flaherty,    711 N. Commons Dr.,    Aurora, IL 60504-4197
27564502       +Hi-Tech Carpet and Restoration Inc,    3860 Oakcliff Industrial Court,    Atlanta, GA 30340-3407
```

```
District/off: 0973-2           User: kcollinsC              Page 3 of 7                   Date Rcvd: Oct 04, 2010
Case: 10-51881                 Form ID: b9b                 Total Noticed: 420

27564503      +Hollywood Studio Rentals,    c/o 1st PMF Bancorp,     PO Box 1488,    Culver City, CA 90232-1488
27564504       Howard Aster,    6690 Mustang Street,     Las Vegas, NV 89131
27564328     ++IMPERIAL A I CREDIT COMPANIES INC,    101 HUDSON STREET,    34TH FLOOR,    JERSEY CITY NJ 07302-3905
             (address filed with court: AICCO Inc.,      Department 7615,    Los Angeles, CA 90084-7615)
27564510      +IT Creative Services, Inc.,     201 S Lucerne Blvd.,     Los Angeles, CA 90004-3726
27564505       Illinois Dept Revenue,    Springfiled, IL 62794-1904
27564506      +Imagemil Studios Inc,    684 Antone Street Northwest,      Studio 109,    Atlanta, GA 30318-7602
27564507      +Inn-House Doctor,    PO Box 15570,    Las Vegas, NV 89114-5570
27564509      +International Executive Services,     100 Harbor View Drive #633,     Port Washington, NY 11050-4721
27564511       J & M Constumers, Inc.,    5708 Gentry Avenue,     North Hollywood, CA 91607-1256
27564512      +J & R Audio,    8370 West Cheyenne Ave.,     #109-89,    Las Vegas, NV 89129-8404
27564513      +J & S Enterprises,    3143 Cabot Cove,     Navarre, FL 32566-9740
27564514      +J.I.L. Professional Service,     c/o Carla Harrison,     4924 Balboa Blvd. #254,
               Encino, CA 91316-3402
27564515       Jackson EMC,    PO Box 100,    Jefferson., GA 30549-0100
27564516      +James Barbour,    c/o Durant,    450 7th Ave. Ste 1208,     New York, NY 10123-0101
27564517      +James Burbury,    14 Manor House Lane,     Uxbridge, MA 01569-1614
27564518       James Ebdon,    51108 Don Pio Drive,     Woodland Hills, CA 91364
27564519      +Janim Cleaning Service,    3913 McElloy Road,     Doraville, GA 30340-2331
27564520      +Jasero Inc.,    30412 Capallero Drive,     Castaic, CA 91384-4797
27564521      +Jerohn Garnett,    18550 Hatteras Street,     Unit #88,    Tarzana, CA 91356-1970
27564522      +Jerrold Steiner, MD,    310 N San Vicente Blvd,     Suite 315,     Los Angeles, CA 90048-1810
27564523      +John Dubuqe,    330 Merwin Ave. Fl 1,     Milford, CT 06460-7159
27564525      +Joseph L. Eddy,    5025 Diamond Ranch Avenue,     Las Vegas, NV 89131-1992
27564526      +Josh Christensen,    10914 1/2 Blix St.,     North Hollywood, CA 91602-1309
27564527      +Jospeh Young Associates,    18 Hook Mountain Road,      Suite 203,    Pine Brook, NJ 07058-9798
27564528      +Joyce Van Hook,    860 Columbus Ave.,     New York, NY 10025-4532
27564529      +Junji Hirano,    6850 Peachtreet Dunwoody Rd.,     Apt #1337,     Atlanta, GA 30328-6734
27564530      +Kaye Scholer LLP,    1999 Avenue of the Stars,     Suite 1600,     Los Angeles, CA 90067-4616
27564531      +Keith Franco,    3941 Reminton Way,     Marrieta, GA 30066-2073
27564532      +Keith Marks,    1834 Rutgers Dr.,     Thousand Oaks, CA 91360-5020
27564533      +Kendra Reevey,    2120 1st Avenue,     Apt #1054,    New York, NY 10029-3345
27564534      +Kenneth Forges,    7836 Alma Street,     Westego, LA 70094-4002
27564535      +Kenneth Harlow,    9490 S Bermuda Road #2004,     Las Vegas, NV 89123-3587
27564537       Kevin Randolph,    19528 Ventura Blvd. #602,     Tarzana, CA 91356-2917
27564538      +Kim Garcia,    4735 Satellite Blvd.,     Duluth, GA 30096-4463
27564539      +Kimberly Myles,    631 Jones Road,     Severn, MD 21144-1304
27564540      +Kishnet Music, Inc.,    15260 Ventura Blvd. #2100,      Sherman Oaks, CA 91403-5360
27564541      +LA Premier,    8928 W Olympic Blvd,     Beverly Hills, CA 90211-3514
27564542      +LA Stagecall,    1060 Aviation Blvd Ste B,     Hermosa Beach, CA 90254-4024
27564547      +LE Parc Homeowners Assoc.,     10100 Empyrean Way,     Los Angeles, CA 90067-3824
27564551       LJR & Associates Inc.,    Aiport Concierge Services,      PO Box 4203,    Redondo Beach, CA 90277-1755
27564543      +Lance Aquirre,    1721 Double Arch Court,     Las Vegas, NV 89128-8485
27564544      +Laroda Group,    c/o Coggan & Tarlow,     1925 Century Park East,     Ste 2320,
               Los Angeles, CA 90067-2724
27564546      +Law Offices of Anthony Abner PC,     150 South Rodeo Dr.,    Ste 200,     Beverly Hills, CA 90212-2440
27564548      +Leonid Ruzayev,    2520 Batchelder Street,     Apt 8G,    Brooklyn, NY 11235-1566
27564549      +Lesley Lewis,    1645 Brooklyn Avenue,     Brooklyn, NY 11210-3426
27564550      +Lincoln West Partners, LP,    1995 Broadway,     Third Floor,     New York, NY 10023-5882
27564552      +Lori Sommer,    5009 Broadway Apt #210,     New Yhork, NY 10034-1648
27564553       Los Angeles, County Tax Collector,     PO Box 54018,    Los Angeles, CA 90054-0018
27564563      +MCI Residential Service,    Po Box 52551,     Phoenix, AZ 85072-2551
27564554      +Marc Bouwer,    27 West 20th Street,     12th Floor,    New York, NY 10011-3707
27564555      +Margaret Lewis,    130 Pro Terrace,     Duluth, GA 30097-1420
27564556      +Marie Brown,    4686 Cedarwood Drive,     Lilburn, GA 30047-4286
27564557      +Marisa Lawrence MD, PC,    5505 Peachtree Dunwoody Rd.,     Ste 270,     Atlanta, GA 30342-1715
27564558      +Marlyn Ortiz,    541 Rosedale Avenue Apt #7A,     Bronx, NY 10473-4300
27564559      +Marquis B., Inc.,    c/o Bmarc Bouwer,     27 West 20th Street,     12th Floor,
               New York, NY 10011-3707
27564560      +Marta Figueora,    501 East 65th Street,     Los Angeles, CA 90003-1929
27564561      +Martin Cadillac,    12101 Olympic Blvd.,     Los Angeles, CA 90064-1082
27564562      +Matthew O. Cox, DDS PC,    8460 S. Eastern Ave,     Suite B,    Las Vegas, NV 89123-2865
27564564      +Mesa Air Conditioning,    420 Presque Isle Street,      Henderson, NV 89074-5714
27564565       Metro Washington DC,    Federation of Musicians,     4400 MacArthur Blvd NW,     Suite 306,
               Washington, DC 20007-2521
27564566       Metrocall,    PO Box 740519,    Atlanta, GA 30374-0519
27564567      +Michael Davis,    503 Atlantic Avenue Apt 1B,     Brooklyn, NY 11217-1859
27564568      +Michael Hall,    212 Timberlake Drive,     Springfield, TN 37172-5118
27564569      +Michael P. Jones,    25859 Galante Way,     Valencia, CA 91355-1924
27564570      +Millenium Dance Complex,    5113 Lankersheim Blvd.,      North Hollywood, CA 91601-3718
27564571      +Momentous Insurance Brokerage,     5990 Sepulveda Blvd Ste 550,     Van Nuys, CA 91411-2536
27564572       More than a Tea Party Productions,     10345 E. Olympic Blvd.,     2nd Floor,    Los Angeles, CA 90064
27564585      +NV Energy,    Po Box 20086,    Reno, NV 89515-0086
27564574      +Near North Entertainment,    1840 Century Park East #1100,      Los Angeles, CA 90067-2112
27564576       Nevada Power Company,    PO Box 30086,     Reno, NV 89520-3086
27564578       New Jersey Division of Taxation,     Revenue Processing Center,     PO Box 222,
               Trenton, NJ 08646-0222
27564579      +New York State Corp. Tax,    Dept of Taxation & Finance,     Office of Counsel,
               Building 9 W.A. Harriman Campus,     Albany, NY 12227-0001
27564580       Nextel Communications,    PO Box 821001,     Philadelphia, PA 19182-1001
27564581       Nezhat Medical Center,    Suite 276,     555 Peachtree-Dunwoody Rd.,     Atlanta, GA 30342
27564582      +Nissim Aharon,    2514 2nd St.,    Santa Monica, CA 90405-3514
27564583      +Nitz Walton & Heaton Ltd,    601 South Tenth Street,      Suite 201,    Las Vegas, NV 89101-7027
27564584       North Carolina Dept Revenue,    PO Box 25000,     Raleigh, NC 27640-0640
```

```
District/off: 0973-2               User: kcollinsC               Page 4 of 7                    Date Rcvd: Oct 04, 2010
Case: 10-51881                     Form ID: b9b                  Total Noticed: 420

27564586      +O'Brian Transportation,    11049 Slater Avenue,    Fountain Valley, CA 92708-4919
27564587      +Oakwood Corporate Housing,    File 056739,    Los Angeles, CA 90074-0001
27564588      +Oasis Bay,    1601 E. Katie Avenue,    Las Vegas, NV 89119-5671
27564314       Office of the United States Trustee,    21051 Burbank Blvd,    Suite 115,    Los Angeles, CA 90067
27564589      +Offworld,    Michael Bernard,    5152 Sepulveda BLvd #206,    sherman Oaks, CA 91403-1154
27564590       Oklahoma Tax Commission,    PO Box 269056,    Oklahoma City, OK 73126-9056
27564591      +On Stage Rehearsal Studios,    3905 W. Diablo Dr.,    Suite 103,    Las Vegas, NV 89118-2329
27564592       Oreintal Express LLC,    3127 Ali Baba Lance,    Suite 806,    Las Vegas, NV 89118
27564593       Orkin,    Pacific Support Center,    12710 Magnolia Ave.,    Riverside, CA 92503-4620
27564594       Orkin Pest Control,    5440 Ziebart Place,    Suite A,    Las Vegas, NV 89103-5676
27564595      +Oscar Seaton,    5308 Hazeletine Ave. #204,    Sherman Oaks, CA 91401
27564596      +Outdoor Images Landscaping,    PO Box 354,    Grayson, GA 30017-0006
27564597       PA Dept of Revenue,    Bureau of Individual Taxes,    PO Box 280502,    Harrisburg, PA 17128-0502
27564613      +PHD Productions LLC,    3409 Walnut Ridge,    Atlanta, GA 30349-1264
27564598       Pacific Bell,    Payment Center,    Vany Nuys, CA 91388-0001
27564599      +Paige Hinton,    405 Central Park West #3,    New York, NY 10025-4820
27564600      +Palladino & Sutherland,    1482 Page Street,    San Francisco, CA 94117-2016
27564601      +Pamela Harris,    15030 Ventura Blvd #541,    Sherman Oaks, CA 91403-5470
27564602       Park East Cardiovascular PC,    PO Box 30616,    New York, NY 10087-0616
27564603      +Pathik Desai,    1201 Dincara Road,    Burbank, CA 91506-3159
27564604      +Paul Jamieson,    4513 Kraft Avenue,    Studio City, CA 91602-2007
27564605      +Paul Thatcher,    691 R. John Westley Dobbs Avenue,    Atlanta, GA 30312-1668
27564606      +Peachtree Pest Control Co. Inc.,    1394 Indian Trail Rd.,    Bld 100,    Norcross, GA 30093-2677
27564607      +Pedro Guillen,    518 Raymond Ave. #17,    Santa Monica, CA 90405-4320
27564608      +Performance Parking LLC,    160 W. 66th Street,    New York, NY 10023-6555
27564610      +Peter Kyte,    1155 Mightmoss Avenue,    Las Vegas, NV 89183-7708
27564611      +Petersen Furniture,    PO Box 222,    park Ridge, IL 60068-0222
27564612      +Petersen Interntational Underwriters,    23929 Valencia Blvd. Ste 215,    Valencia, CA 91355-2186
27564614      +Philip K. Robb, MD,    3400 C Old Hilton Pkwy #480,    Alpharetta, GA 30005-4433
27564615       Phillips Digital Media Inc.,    c/o Provident Financial Management,
                 2820 Ocean Park Blvd. Ste 300,    Santa Monica, CA 90405
27564616      +Phillips Digital Media, Inc.,    c/o Provident Financial Management,    2850 Ocean Park Blvd.,
                 Suite 300,    Santa Monica, CA 90405-6216
27564617      +Picture Perfect Production, Inc.,    2704 Glendower Avenue,    Los Angeles, CA 90027-1117
27564618      +Premium Assignment Corporation,    151 Kalmus Dr.,    Suite C220,    Costa Mesa, CA 92626-7964
27564619       Premium Finance Specialists of CA Inc,    PO Box 100391,    Pasadena, CA 91189-0391
27564621       Premium Financing Specialists,    PO Box 100249,    Pasadena, CA 91189-0249
27564620       Premium Financing Specialists,    PO Box 4210,    Burbank, CA 91503-4210
27564622      +PricewaterhouseCoopers,    1880 Century Park East #1600,    Suite 1600,
                 Los Angeles, CA 90067-1661
27564624      +Production Resource Group,    PO Box 41260,    Los Angeles, CA 90074-1260
27564623      +Production Resource Group,    c/o Rudy Gaba, Jr. Esq.,    Hollins Schechter,
                 1851 East First Street, 6th Floor,    Santa Ana, CA 92705-4049
27564625      +Production Storage Group, Inc.,    45 Rose Avenue, Ste 17,    Venice, CA 90291-2452
27564632      +RCA Music Group,    c/o Rhea P Hamilton,    550 Madison Avenue,    New York, NY 10022-3211
27564633      +RDA Entertainment Inc,    966 Eilinita Ave,    Glendale, CA 91208-1128
27564639       RJN Audio Inc,    PO Box 164,    Randallstown, MD 21133-0164
27564640      +RK Diversified Entertainment Inc,    112 N Harvard Avenue,    PMB 244,    Claremont, CA 91711-4716
27564627      +Rachel Newman,    2019 18th St. #1/2,    Santa Monica., CA 90404-4705
27564628      +Rachel Woolin,    4949 Pine Tree Drive,    Miami Beach, FL 33140-3140
27564629      +Rami Smith,    8955 Medway Valley Ln,    Henderson, NV 89074-6807
27564630      +Rat Sound Systems, Inc.,    321 Bernoulli Circle,    Oxnard, CA 93030-5164
27564631      +Raymond Moneiro,    15929 Gard Ave #8,    Norwalk, CA 90650-6973
27564634      +Remraf Inc,    23679 Calabasas Road,    Calabasas, CA 91302-1502
27564635       Republic Services,    PO Box 78040,    Phoenix, AZ 85062-8040
27564636      +Rhodes Island Division of Taxation,    One Capitol Hill,    Providence, RI 02908-5816
27564638      +Rihga Royal Hotel,    151 West 54th Street,    New York, NY 10019-5302
27564641      +Road Radios LLC,    3300 Pine Avenue,    Manhattan Beach, CA 90266-3618
27564642      +Robert D. Wright,    314 N. Long Beach Ave.,    Freeport, NY 11520-1505
27564643      +Roberts Borthers Coach Co.,    210 Charles Ralph Drive,    Springfield, TN 37172-5879
27564645      +Ronald L. Steenerson, MD,    980 Johnson Ferry Rd.,    Suite 470,    Atlanta, GA 30342-1607
27564646      +Ronnie Rotroff,    3317 Rockside Drive,    Hermitage, TN 37076-3545
27564647      +Rouhi Dance Studio,    19320 Ventura Blvd.,    Tarzana, CA 91356-3029
27564663     ++++SOUND IMAGE INC,    2415 AUTO PARK WAY,    ESCONDIDO CA 92029-1222
              (address filed with court: Sound Image Inc,    2415 W Vineyard Avenue,    Escondido, CA 92029)
27564648       Scanna Energy,    PO Box 100157,    Columbia, SC 29202-3157
27564649      +Screen Actors Guild,    PO Box 48970,    Los Angeles, CA 90048-9170
27564650       Seannita Parmer,    4200 West Village Place #1229,    Smyrna, GA 30080
27564651       Secretary of State,    Po Box 944230,    Sacramento, CA 94244-2300
27564652      +Securities Exchange Commission,    5670 Wilshire Blvd. 11th Fllor,    Los Angeles, CA 90036-5679
27564653       Seven Hills Master,    c/o Excellense Community Mgmt,    Po Box 63185,    Phoenix, AZ 85082-3185
27564654      +Sew What, Inc.,    1978 Gladwick Street,    Rancho Dominguez, CA 90220-6201
27564655      +Shoe Lab,    Subsidiary of Guederian, Inc.,    3600 South Highland #8,    Las Vegas, NV 89103-5712
27564656       Showbiz Enterprises, Inc.,    15541 Lanark Street,    Van Nuys, CA 91406-1412
27564657       Shumate Mechanical,    2806 Premier Parkway,    Duluth, GA 30097
27564659      +Silverman Sclar Shin & Byrne LLP,    1800 Century Park East,    Suite 600,
                 Los Angeles, CA 90067-1508
27564658      +Silverman Sclar Shin & Byrne LLP,    3110 Main Street, Suite 205,    Santa Monica, CA 90405-5353
27564660       Skytel,    PO Box 740577,    Atlanta, GA 30374-0577
27564661      +Soulo,    6555 Sugarloaf Pkwy #307,    Duluth, GA 30097-4934
27564662      +Soulpower Productions Inc.,    c/o Schur & Sugarman,    11845 W. Olympic Blvd $1125W,
                 Los Angeles, CA 90064-1149
27564664      +Southern Highlands Golf Club,    One Robert Trent Jones Lane,    Las Vegas, NV 89141-6038
27564665      +Southern Higlands Prep School,    11500 Southern Highlands Parkway,    Las Vegas, NV 89141-3201
```

```
District/off: 0973-2           User: kcollinsC              Page 5 of 7              Date Rcvd: Oct 04, 2010
Case: 10-51881                 Form ID: b9b                 Total Noticed: 420

27564666      Southwest Gas Corporation,    PO Box 98890,    Las Vegas, NV 89150-0101
27564667     +Southwest Management Group, Inc.,    2920 S. Rainbow Blvd. Ste 120,    Las Vegas, NV 89146-6214
27564671     +Stankin Music Inc,    19528 Ventura Blvd. #602,    Tarzana, CA 91356-2917
27564672      State Comptroller,    of Public Accounts,    111 E 17th Street,    Austin, TX 78774-0100
27564673     +State of Michigan,    Department of Treasury,    Lansing, MI 48922-0001
27564674      State of New jersey,    Division of Taxation,    Revenue Processing Center,    PO Box 666,
               Trenton, NJ 08646-0666
27564675      Steinberg Diagnostic Medical Imaging,    PO Box 36900,    Las Begas, NV 89133-6900
27564676     +Stephanie Cook,    PMB 658,    7065 W Ann Rd. Ste 130,    Las Vegas, NV 89130-4990
27564677     +Sterling Executive Services,    280 Alba Ave.,    Bridgeport, CT 06606-2935
27564678     +Strands of Hair, Inc.,    35 St. Nicolas Terrace #35,    New Yok, NY 10027-2842
27564680     +Studio Instrument Rentals,    475 Tenth Ave.,    New York, NY 10018-1120
27564681     +Sugarloaf Residential,    Property Owners Assoc.,    6340 Sugarloaf Pkwy Ste 200,
               Duluth, GA 30097-4329
27564682     +Sun Media Productions,    5320 S. Procyon Street,    Las Vegas, NV 89118-2444
27564684     +T-Watts Inc,    2710 Woodward Rd,    College Park, CA 30349-8461
27564688     +TCG Holdings, LLC,    350 Fifth Ave.,    Suite 2723,    New York, NY 10118-2723
27564706     +TMB,    10643 Glenoaks Blvd.,    Pacoima, CA 91331-1613
27564707     +TMP Entertainment,    1400 Colorado St. Suite C,    Boulder City, NV 89005-2436
27564685     +Tamar Braxton,    2044 Townsquare Drive,    McDonough, GA 30253-2048
27564686     +Tania Gustave,    310 East 6th Street,    Apt #23,    New York, NY 10003-8708
27564687     +Tariqh Akoni,    1051 Rose Avenue,    Pasadena, CA 91107-1814
27564690     +Tennesee Dept Revenue,    Andrew Jackson State,    Office Bldg.,    500 Deaderick Street,
               nashville, TN 37242-0001
27564691     +The Brokaw Company,    9255 Sunset Blvd. Suite 804,    Los Angeles, CA 90069-3305
27564692     +The Estates at Phipps,    700 Phipps Blvd NE,    Atlanta, GA 30326-1228
27564693      The Estates at Seven Hills HOA,    c/o Real Prop Mgmt Group,    PO Box 63398,
               Phoenix, AZ 85082-3398
27564694     +The Fairways,    10925 Souther Highlands Pkwy,    Las Vegas, NV 89141-4302
27564695     +The Peninsula Beverly Hills,    9882 South Santa Monica Blvd,    Beverly Hills, CA 90212-1605
27564696     +The Peninsula Chicago,    108 East Superior Street,    Chicago, IL 60611-2645
27564697     +The Phillips Club,    155 West 66th Street,    New York, NY 10023-6510
27564698     +The Recording Agent,    3290 Northside Okwy NW,    Suite 280,    Atlanta, GA 30327-2273
27564699     +The Westin,    909 North Michgan Avenue,    Chicago, IL 60611-1531
27564701      Tiffany & Company,    PO Box 27389,    New York, NY 10087-7389
27564702     +Tim Hamrock Interiors LLC,    360 E. Desert Inn Road,    Unit 1003,    Las Vegas, NV 89109-9099
27564703     +Tim Lamb,    45 Rose Avenue #16,    Venice, CA 90291-2452
27564704     +Tim O'Brien & Assoc. Inc.,    DBA Clear Talent Group,    10950 Ventura Blvd.,
               Studio City, CA 91604-3340
27564705      Time Warner Cable,    PO Box 60074,    City of Industry, CA 91716-0074
27564708     +Tom Schwartz,    5900 NW 44th Street #406,    lauderhill, FL 33319-6176
27564710     +Tone Control,    PO Box 164,    Barboursville, VA 22923-0164
27564711     +Toni Braxton,    1880 Century Park East,    Suite 1600,    Los Angeles, CA 90067-1661
27564712     +Tony Abner,    Showroom Off Sunset,    912 Hyperion Avenue,    Los Angeles, CA 90029-3108
27564713     +Tournament Players Club,    2595 Sugarloaf Club Dr.,    Duluth, GA 30097-7406
27564714     +Towanda Braxton Carter,    1438 Legrand Circle,    Lawrenceville, GA 30043-8192
27564715     +Tracey L. Harris,    425 Fairlawn Drive,    Stockbridge, GA 30281-7776
27564716     +Transformers Inc.,    241 Taaffe Place,    Suite 305,    Brooklyn, NY 11205-4370
27564717     +Tree Sound Studios, Inc,    4610 Peachtree Industrial Blvd,    Norcross, GA 30071-1650
27564718     +Trina E. Braxton,    c/o Trina E. Braxton, Inc.,    5024 Pacific Dunes Drive,
               Suwanee, GA 30024-7611
27564719     +Trio Talent Agency,    117 N Robertson Blvd,    2nd Floor,    West Hollywood, CA 90048-3101
27564720     +Triple AAA Productions,    6501 Peppermill Dr,    Las Vegas, NV 89146-2918
27564721     +Underdog Music, Inc.,    9200 Sunset Blvd. Suite 600,    Los Angeles, CA 90069-3196
27564722     +United States Trustee,    725 South Figueroa Street,    26th Floor,    Los Angeles, CA 90017-5524
27564724     +Unseen Lab Recordings, Inc.,    1800 S Robertson Blvd 215,    Los Angeles, CA 90035-4374
27564725     +Utah State Tax Commision,    210 North 19950 West,    Salt Lake City, UT 84134-0001
27564729     +Victoria Wood,    Wigmaker Inc.,    223 West Alameda Ave,    Suite 101,    Burbank, CA 91502-2575
27564730     +Villages at Huntcrest Community,    c/o Eagle Management Services,
               1532 Dunwoody Village Pkwy 100,    Atlanta, GA 30338-4136
27564731     +Vintage Westley Transport Services,    2280 Cook Drive,    Atlanta, GA 30340-3133
27564732      Virginia Dept Taxation,    Office of Customer Services,    Po Box 1115,    Richmond, VA 23218-1115
27564734     +Walter L. Barnes, Jr,    26700 Loganberry Dr.,    Apt E124,    Richmond Heights, OH 44143-1153
27564735     +Walton / Isaacson LLC,    15260 Ventura Blvd. #2100,    Sherman Oaks, CA 91403-5360
27564736     +Walton Isaacson LLP,    4250 Wilshire Blvd.,    Los Angeles, CA 90010-3500
27564737     +Wander & Golden, LLP,    641 Lexington Avenue,    New York, NY 10022-4503
27564738     +Water District,    1001 South Valley View Blvd.,    Las Vegas, NV 89153-0001
27564739     +Wayne Green,    1456 Alison Drive,    Grenta, LA 70056-8600
27564740      Wells Fargo Auto Finance Inc,    PO Box 60966,    Los Angeles, CA 90060-0966
27564742      Wells Fargo Bank, NA,    PO Box 54780,    Los Angeles, CA 90054-0780
27564743      Wells Fargo Home Mortgage,    PO Box 40427,    Los Angeles, CA 90030-0427
27564744     +West Coast Movers,    9019 Oso Avenue #C,    Chatsworth, CA 91311-6201
27564745      Westcliff Medical Laboratories, Inc.,    PO Box 7153,    Pasadena, CA 91109-7153
27564746     +Wild Lotus,    8539 W. Sunset Blvd.,    Suite 18,    West Hollywood, CA 90069-2335
27564747     +William Malina,    5717 Katherine Avenue,    Sherman Oaks, CA 91401-4228
27564748     +William Morris Agency,    One William Morris Place,    Tom Wulff,    Beverly Hills, CA 90212-4261
27564749     +William Stone,    268 Louis Lane,    Cowpens, SC 29330-8875
27564750     +Wisconsin Dept Revenue,    2135 Rimrock Rd,    Madison, WI 53713-1443
27564751     +Wiser Electronics,    2624 Redwood St.,    Las Vegas, NV 89146-5109
27564752     +Xcel Talent Agency,    PO Box 191731,    Atlanta, GA 31119-1731
27564754      Zifren Brittenham Branca & Fischer,    1801 W Olympic Blvd,    Pasadena, CA 91199-1336
```

```
District/off: 0973-2          User: kcollinsC              Page 6 of 7                   Date Rcvd: Oct 04, 2010
Case: 10-51881                Form ID: b9b                 Total Noticed: 420

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Oct 05, 2010.
tr             +EDI: QDAGILL.COM Oct 05 2010 00:48:00      David A Gill (TR),   Danning, Gill, Diamond & Kollitz,
                 2029 Century Park East, 3rd Floor,   Los Angeles, CA 90067-2901
27564325        EDI: AFNIRECOVERY.COM Oct 05 2010 00:48:00      AFNI, Inc.,   404 Brock Drive,   PO Box 3517,
                 Bloomington, IL 61702-3517
27564354        EDI: ATTWIREBK.COM Oct 05 2010 00:43:00      AT&T,   PO Box 8212,   Aurora, IL 60572-8212
27564356        EDI: ATTWIREBK.COM Oct 05 2010 00:43:00      AT&T,   PO Box 78158,   Phoenix, AZ 85062-8158
27564357        EDI: ATTWIREBK.COM Oct 05 2010 00:43:00      AT&T,   Payment Center,   Sacramento, CA 95887-0001
27564353        EDI: ATTWIREBK.COM Oct 05 2010 00:43:00      AT&T,   PO Box 105503,   Atlanta, GA 30348-5503
27564364        EDI: CINGMIDLAND.COM Oct 05 2010 00:48:00      AT&T Wireless Services,   Po Box 8220,
                 Aurora, IL 60572-8220
27564330        EDI: AFNIVZWIRE.COM Oct 05 2010 00:43:00      Airtouch Cellular,   PO Box 79005,
                 City of Industry, CA 91716-9005
27564338       +Fax: 703-433-7292 Oct 05 2010 04:30:30      America Online,   PO Box 30623,   Tampa, FL 33660-1623
27564340        EDI: AMEREXPR.COM Oct 05 2010 00:48:00      American Express,   Box 0001,
                 Los Angeles, CA 90096-0001
27564379        EDI: BMWFINANCIAL.COM Oct 05 2010 00:48:00      BMW Financial Services,   PO Box 78103,
                 Phoenix, AZ 85062-8103
27564372        EDI: CINGMIDLAND.COM Oct 05 2010 00:48:00      Bellsouth,   85 Annex,   Atlanta, GA 30385-0001
27564371        EDI: ATTWIREBK.COM Oct 05 2010 00:43:00      Bellsouth,   PO Box 105503,   Atlanta, GA 30348-5503
27564373       +E-mail/Text: vci.bkcy@vwcredit.com                             Bentley Financial Services,
                 PO Box 60144,   City of Industry, CA 91716-0144
27564399        E-mail/Text: bankruptcy@centurylink.com                            Centurylink,   PO Box 660068,
                 Dallas, TX 75266-0068
27564403        EDI: CHASE.COM Oct 05 2010 00:48:00      Chase Cardmember Service,   PO Box 94014,
                 Palatine, IL 60094-4014
27564408        EDI: CINGMIDLAND.COM Oct 05 2010 00:48:00      Cingular,   PO Box 60017,
                 Los Angeles, CA 90060-0017
27564409        EDI: CINGMIDLAND.COM Oct 05 2010 00:48:00      Cingular Wireless,   Po Box 17542,
                 Baltimore, MD 21297-1542
27564413       +E-mail/Text: GBGREENBERG@VERIZON.NET                             City National Bank,
                 Diane Wemple Baxa,   Vice President & Senior Counsel,   555 South Flower Street 18th Flr,
                 Los Angeles, CA 90071-2300
27564410       +E-mail/Text: GBGREENBERG@VERIZON.NET                             City National Bank,
                 City National Corporation,   City National Plaza,   555 South Flower Street,
                 Los Angeles, CA 90071-2300
27564426        E-mail/Text: bankruptcy@cox.com                             Cox Communications, Inc.,   Po Box 79175,
                 Phoenix, AZ 85062-9175
27564441       +E-mail/Text: angela.coleman@dc.gov                             DC Treasurer,
                 Office of Tax & Revenue,   1101 4th Street, SW, 5th Floor,   Washington, DC 20024-4457
27564460        E-mail/Text: bankruptcy@centurylink.com                             Embarq,   PO Box 660068,
                 Dallas, TX 75266-0068
27564461        E-mail/Text: bankruptcy@centurylink.com                             Embarq Communications, Inc.,
                 PO Box 219100,   Kansas City, MO 64121-9100
27564478       +E-mail/Text: HNVPPC@HARRAHS.COM                             Flamingo Las Vegas,
                 Director of Entertainment,   Laura Ishum,   3555 Las Vegas Blvd. South,
                 Las Vegas, NV 89109-8901
27564482        EDI: CALTAX.COM Oct 05 2010 00:43:00      Franchise Tax Board,   Attention Bankruptcy,
                 PO Box 2952,   Sacramento, CA 95812-2952
27564483        EDI: CALTAX.COM Oct 05 2010 00:43:00      Franchise Tax Board,   Bankruptcy Unit,   PO Box 2952,
                 Sacramento, CA 95812-2952
27564494        EDI: GMACFS.COM Oct 05 2010 00:48:00      GMAC,   Po Box 78234,   Phoenix, AZ 85062-8234
27564490       +EDI: GADEPTOFREV.COM Oct 05 2010 00:48:00      Georgia Dept of Revenue,   Income Tax Division,
                 1800 Century Blvd. Room 8300,   Atlanta, GA 30345-3202
27564499       +E-mail/PDF: TCEB@GWINNETTCOUNTY.COM Oct 05 2010 04:10:46      Gwinnett County Tax Commissioner,
                 PO Box 372,   Lawrenceville, GA 30046-0372
27564508        EDI: IRS.COM Oct 05 2010 00:48:00      Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA 19114
27564575        EDI: HFC.COM Oct 05 2010 00:43:00      Neiman Marcus,   PO Box 5235,   Carol Stream, IL 60197-5235
27564577       +E-mail/Text: susan.shank@newacttravel.com                             New Act Travel,
                 1900 Avenue of the Stars,   Suite 1550,   Los Angeles, CA 90067-4412
27564626        E-mail/Text: bklaw@qwest.com                             Qwest,   Po Box 1301,
                 Minneapolis, MN 55483-0001
27564668        EDI: NEXTEL.COM Oct 05 2010 00:48:00      Sprint,   PO Box 660092,   Dallas, TX 75266-0092
27564669        EDI: NEXTEL.COM Oct 05 2010 00:48:00      Sprint,   PO Box 54977,   Los Angeles, CA 90054-0977
27564700        E-mail/Text: BKNotice@tiffany.com                             Tiffany & Co.,
                 Collections Department,   Christian Hobbis,   15 Sylvan Way,   Parsippany, NJ 07054-3805
27564722       +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV                             United States Trustee,
                 725 South Figueroa Street,   26th Floor,   Los Angeles, CA 90017-5524
27564726        EDI: AFNIVZCOMBINED.COM Oct 05 2010 00:43:00      Verizon,   Po Box 1100,   Albany, NY 12250-0001
27564727        EDI: AFNIVZCOMBINED.COM Oct 05 2010 00:43:00      Verizon,   PO Box 15124,   Albany, NY 12212-5124
27564728        EDI: AFNIVZWIRE.COM Oct 05 2010 00:43:00      Verizon Wireless,   PO Box 9622,
                 Mission Hills, CA 91346-9622
27564733        E-mail/Text: vci.bkcy@vwcredit.com                             Volkswagen Credit,   PO Box 7572,
                 Libertyville, IL 60048-7572
27564741       +EDI: WFFC.COM Oct 05 2010 00:43:00      Wells Fargo Bank,   Home Equity Collections,   P6053-022,
                 PO Box 4116,   Portland, OR 97208-4116
                                                                                              TOTAL: 43
```

```
District/off: 0973-2            User: kcollinsC              Page 7 of 7                Date Rcvd: Oct 04, 2010
Case: 10-51881                  Form ID: b9b                 Total Noticed: 420

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
smg*           Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA 95812-2952
27564545*     +Laroda Group LTD,   c/o Coggan & Tarlow,   1925 Century Park East,   Suite 2320,
               Los Angeles, CA 90067-2724
27564331     ##+All Access Coach Leasing, LLC,   898-6 N. Water Avenue,   Gallatin, TN 37066-2088
27564336     ##+Allied Model Trains,   4411 S. Sepulveda Blvd.,   Ciulver City, CA 90230-4846
27564383     ##+Brad Harper,   223 Marathon Road,   Altadena, CA 91001-4424
27564388     ##+Brian Wong,   18630 Burbank Blvd #103,   Tarzana, CA 91356-2656
27564425     ##+Confetti Entertainment, Inc.,   347 Phildelphia Ave.,   Egg Harabor City, NJ 08215-1443
27564433     ##+Daniela Federici,   8899 Beverly Blvd #808,   Los Angeles, CA 90048-2436
27564446     ##+Digital Kitten,   4780 W. Harmon Ave.,   Suite 13,   Las Vegas, NV 89103-5240
27564472     ##+Felix Lighting Corp.,   15959 Piuma Ave,   Bld A1,   Cerritos, CA 90703-1526
27564474     ##+First Capital Benefit Advisors Inc.,   PO Box 1728,   Studio City, CA 91614-0728
27564486     ##+Garrett Smith,   4560 Round Top Drive,   Los Angeles, CA 90065-4930
27564497     ##+Group Benefit Associates,   4403 W. Lawrence Ave. Ste 205,   Chicago, IL 60630-2513
27564524     ##+Joseph D. Kale,   8315 Campion Drive,   Los Angeles, CA 90045-2537
27564536     ##+Kevin Bye,   2925 Wigwam Ave. #924,   Henderson, NV 89074-2873
27564573     ##+Mountain West Floors,   3226 W. Desert Inn Rd.,   Las Vegas, NV 89102-8430
27564609     ##+Perri Entertainment Srvc. Inc.,   Attn Stephanie,   Po Box 11852,   Reno, NV 89510-1852
27564637     ##+Rick Coker,   11601 Old St Charles,   Bridgeton, MO 63044-3079
27564644     ##+Rock-It-Cargo LLC,   1800 Byberry Rd,   Suite 909,   Huntington Valley, PA 19006-3521
27564670     ##+Stage Call Corporation,   1859 N. Rosemont,   Mesa, AZ 85205-3202
27564679     ##+Studio Instrument Rentals,   608 S Maryland Pkwy,   Las Vegas, NV 89101-7248
27564683     ##+Suntrust Bank,   2734 Meadow Church Road,   Duluth, GA 30097-4034
27564689     ##+Tenant Data Verification,   116-55 Queens Blvd.,   Suite 204,   Forest Hills, NY 11375-6527
27564709     ##+Tonderick Tilland Watkins,   2710 Woodward Rd,   College Park, GA 30349-8461
27564723     ##+Unitek Computer Stores,   11320 Santa Monica Blvd.,   Los Angeles, CA 90025-3119
27564753     ##+Yxia Olivares,   5009 Broadway Apt 210,   New York, NY 10034-1648
                                                                              TOTALS: 0, * 3, ## 24
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                    **Signature:**    _/s/ Joseph Speetjens_