Debra I. Grassgreen (CA Bar No. 10169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### 255 E. Temple Street, Los Angeles, California 90012

**In re**

**LIBERTY ENTERTAINMENT, INC.,**

Bankruptcy Case No. 2:10-bk-51881 BR
Chapter 7

**Debtors**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept, for the Debtor listed above..................................................................... $ *

   Prior to the filing of this statement I have received for the Debtor listed above........................................... $30,386.31 *

   Balance Due ............................................................................................................................................................ $0*

2. The source of the compensation paid to me was:

   ☒ Debtor            ☐ Other (specify) .

3. The source of compensation to be paid to me is:

   ☒ Debtor            ☐ Other (specify)

4. ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the instant bankruptcy case, and that of the Debtor's sole owner, Toni Braxton, including, among other things, the following:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a

---

* The payments made to counsel were for services provided to the Debtor and the Debtor's sole owner, Toni Braxton.  Nevertheless, the fee paid to counsel pre-bankruptcy for this chapter 7 representation and that of the Debtor's owner is not a flat rate or a fixed fee and counsel will be paid hourly following the Petition Date from non-estate property.

DOCS_SF:74451.1

petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and

   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

6.   By agreement with the debtor, the above-disclosed fee does not include the following services:

   a.   Representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal, or other non-bankruptcy or non-debtor/creditor specialties of the law.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

October 20, 2010

Date

/s/ Debra I. Grassgreen

Debra I . Grassgreen

PACHULSKI STANG ZIEHL & JONES LLP

---

2